UNPUBLISHED

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

ADRIAN RAYMOND WHITE,
Petitioner-Appellant,

v.

No. 97-6673

THOMAS R. CORCORAN, Warden;
ATTORNEY GENERAL OF THE STATE OF
MARYLAND,
Respondents-Appellees.

Appeal from the United States District Court
for the District of Maryland, at Baltimore.
Frederic N. Smalkin, District Judge.
(CA-97-1237-S)

Submitted: July 21, 1998

Decided: August 11, 1998

Before NIEMEYER and MICHAEL, Circuit Judges, and
BUTZNER, Senior Circuit Judge.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

Adrian White, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). Appellant's conviction became final in March 1995. On April 22, 1997, Appellant filed his § 2254 petition. The district court denied relief because Appellant filed his petition outside the one-year limitation period imposed by 28 U.S.C.A. § 2244(d) (West 1994 & Supp. 1998). Pursuant to our recent decision in Brown v. Angelone, ___ F.3d ___, Nos. 96-7173, 96-7208, 1998 WL 389030 (4th Cir. July 14, 1998), Appellant had until April 23, 1997, in which to file a timely petition. Accordingly, because Appellant filed his § 2254 petition before April 23, 1997, we grant a certificate of appealability, vacate the district court's order, and remand this case for consideration on the merits. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED

2